# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3252
_____

SHANE GRANVILLE,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

July 29, 2024

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shane Granville, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.